# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Nathan, Alison J. | 2. Court or Organization<br><br>U.S. District Court, Southern District of New York | 3. Date of Report<br><br>07/26/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |

| 7. Chambers or Office Address |
|---|
| U.S. Courthouse<br>40 Foley Square<br>New York, NY 10007 |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisor on the Restatement of the Law, Copyright Project | American Law Institute |
| 2. | Professor (part time) | NYU School of Law |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | NYU School of Law (teaching income) | $23,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | NYU School of Law (salary) |
| 2. 2020 | Melbourne Law School (salary) |
| 3. 2020 | University of Oslo (advisory board stipend) |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Second Circuit Federal Bar Council | 02/24/2020 - 02/28/2020 | Nassau, The Bahamas | Continuing legal education bench & bar conference | Trasnporation, lodging, food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nathan, Alison J.** | 07/26/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Navient | Student Loans | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Emigrant Direct (cash) | A | Interest | K | T | | | | | |
| 3. Bank of America (cash) | | None | K | T | | | | | |
| 4. Chase (cash) | A | Interest | L | T | | | | | |
| 5. Account #1 (H) | | | | | | | | | |
| 6. Vanguard Total Bond Market Index Adm Cl (VBTLX) | A | Dividend | K | T | Sold (part) | 04/15/20 | J | | |
| 7. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 8. Vanguard Total Intl Stock Index Fund ETF (VXUS) | B | Dividend | L | T | Buy (add'l) | 04/15/20 | J | | |
| 9. | | | | | Sold (part) | 11/30/20 | J | | |
| 10. Vanguard Total Intl Bond Index ETF (BNDX) | A | Dividend | K | T | Sold (part) | 04/15/20 | J | | |
| 11. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 12. Vanguard Total Stock Market ETF (VTI) | A | Dividend | J | T | Sold (part) | 04/15/20 | J | | |
| 13. | | | | | Sold (part) | 11/30/20 | J | | |
| 14. Account #2 (H) | | | | | | | | | |
| 15. Vanguard FTSE Social Index (VFTSX) | B | Dividend | M | T | | | | | |
| 16. Vanguard Target Retirement 2020 (VTWNX) | D | Dividend | N | T | | | | | |
| 17. Vanguard Target Retirement 2040 (VFORX) | D | Dividend | O | T | Buy (add'l) | 01/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nathan, Alison J.** | 07/26/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 02/03/20 | J | | |
| 19. | | | | | Buy<br>(add'l) | 03/03/20 | J | | |
| 20. | | | | | Buy<br>(add'l) | 04/02/20 | J | | |
| 21. | | | | | Buy<br>(add'l) | 05/04/20 | J | | |
| 22. | | | | | Buy<br>(add'l) | 06/02/20 | J | | |
| 23. | | | | | Buy<br>(add'l) | 07/02/20 | J | | |
| 24. | | | | | Buy<br>(add'l) | 08/03/20 | J | | |
| 25. | | | | | Buy<br>(add'l) | 09/02/20 | J | | |
| 26. | | | | | Buy<br>(add'l) | 10/02/20 | J | | |
| 27. | | | | | Buy<br>(add'l) | 10/30/20 | J | | |
| 28. | | | | | Buy<br>(add'l) | 12/01/20 | J | | |
| 29.   Account #3 (H) | | | | | | | | | |
| 30.   Vanguard Federal Money Market Fund (cash) | A | Dividend | K | T | | | | | |
| 31.   Congress Midcap Growth Fund INSTL Class (IMIDX) | | None | | | Sold | 04/15/20 | J | A | |
| 32.   Primecap Odyssey Growth Fund CL (POGRX) | A | Dividend | J | T | | | | | |
| 33.   Vanguard Total Intl Stock Index Fund ETF (VXUS) | A | Dividend | J | T | Buy<br>(add'l) | 11/30/20 | J | | |
| 34.   Vanguard Total Stock Market ETF (VTI) | A | Dividend | L | T | Buy<br>(add'l) | 04/15/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 07/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 36. Invesco Aerospace & Defense ETF (PPA) | A | Dividend | | | Sold | 04/15/20 | J | A | |
| 37. Vanguard Value ETF (VTV) (X) | A | Dividend | J | T | | | | | |
| 38. Invesco S&P 500 Equal Weight Tech ETF (RYT) | A | Dividend | J | T | | | | | |
| 39. Ishares S&P MId-Cap 400 Value (IJJ) | A | Dividend | | | Sold | 04/15/20 | J | | |
| 40. Victoryshares US 500 Vol WTD ETF (CFA) | A | Dividend | | | Sold | 04/15/20 | J | A | |
| 41. Account #4 (H) | | | | | | | | | |
| 42. Primecap Odyssey Growth Fund (POGRX) | A | Dividend | J | T | | | | | |
| 43. Vanguard Growth ETF (VUG) | A | Dividend | J | T | | | | | |
| 44. Vanguard S&P 500 Index ETF (VOO) | A | Dividend | K | T | | | | | |
| 45. Vanguard Total Stock Market ETF (VTI) | A | Dividend | L | T | | | | | |
| 46. Account #5 (H) | | | | | | | | | |
| 47. TD Ameritrade Cash Account (cash) (Y) | | | | | | | | | |
| 48. Apple Inc Stock (AAPL) | B | Dividend | M | T | | | | | |
| 49. Account #6 (H) | | | | | | | | | |
| 50. NY 529 Aggressive Age-Based Option: Blended Growth | | None | K | T | Buy | 08/06/20 | K | | |
| 51. NY 529 Aggressive Age-Based Option: Growth Portfolio (X) | | None | | | Sold | 08/06/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | Account #7 (H) | | | | | | | | | |
| 53. | Vanguard Target Enrollment 2026/27 Portfolio | | None | L | T | Buy | 10/30/20 | L | | |
| 54. | Vanguard Aggressive Age-Based Option (70STK30BND) | | None | | | Sold | 08/04/20 | L | | |
| 55. | Vanguard Aggressive Age-Based Option (60STK40BND) | | None | | | Buy | 08/04/20 | L | | |
| 56. | | | | | | Sold | 10/30/20 | L | | |
| 57. | Account #8 (H) | | | | | | | | | |
| 58. | NY 529 Aggressive Age-Based Option: Blended Growth | | None | K | T | Buy | 08/06/20 | K | | |
| 59. | NY 529 Aggressive Age-Based Option: Growth Portfolio (X) | | None | | | Sold | 08/06/20 | K | | |
| 60. | Account #9 (H) | | | | | | | | | |
| 61. | Vanguard Target Enrollment 2026/27 | | None | L | T | Buy | 10/30/20 | L | | |
| 62. | Vanguard Aggressive Age-Based Option (70STK30BND) | | None | | | Sold | 08/04/20 | L | | |
| 63. | Vanguard Aggressive Age Based Option (60STK40BND) | | None | | | Buy | 08/04/20 | L | | |
| 64. | | | | | | Sold | 10/30/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 07/26/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Parenthetical numbers in Part VII are CUSIP numbers.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 07/26/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alison J. Nathan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544